UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>BRYANT HARRISON,<br>        Plaintiff. | No. C-12-042 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

This action was opened on January 4, 2012, when the Court received from Bryant Harrison a letter to Judge Henderson that concerned prison conditions. On that date, the Court notified Mr. Harrison in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Mr. Harrison has failed to provide the Court with a complaint and the deadline to do so has passed. He also has not filed an *in forma pauperis* application. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
EDWARD M. CHEN
United States District Judge