UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                            No. C-12-042 EMC (pr)

BRYANT HARRISON,

          Plaintiff.                                        **ORDER OF DISMISSAL**

_____/

       This action was opened on January 4, 2012, when the Court received from Bryant Harrison a letter to Judge Henderson that concerned prison conditions.  On that date, the Court notified Mr. Harrison in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application.  The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days.  Mr. Harrison has failed to provide the Court with a complaint and the deadline to do so has passed.  He also has not filed an *in forma pauperis* application.  Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction.  The Clerk shall close the file. No filing fee is due.

       IT IS SO ORDERED.

Dated:  May 18, 2012

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California